# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAK RODRIGUEZ, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>LESLIE'S POOLMART, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No.: 5:25-cv-07347-NW<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE**<br><br>State Complaint Filed: July 25, 2025<br>Trial Date: Not set |

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE

# [PROPOSED] ORDER

Upon consideration of the Stipulation filed by the parties, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

1.      This Action, which now consists only of Plaintiff's individual claims against Defendant pursuant to the Court's November 19, 2025, Order, is dismissed with prejudice pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure.

2.      There is no prevailing party for purposes related to this dismissal, and thus all Parties shall bear their own attorneys' fees and costs with respect this dismissal.

**IT IS SO ORDERED**.

Dated:___February 10, 2026___          _____

HON. NOEL WISE
JUDGE OF THE SUPERIOR COURT

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S
INDIVIDUAL CLAIMS WITH PREJUDICE